## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**SHANE A. LONIX**  **PLAINTIFF**
**ADC #145216**

v.  No: 2:25-cv-00012-JM-PSH

**STEVEN LANE,** *et al.*  **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections filed. Doc. Nos. 6-7. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Lonix's claims against Del Reed be dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED THAT Lonix's motion for directed verdict (Doc. No. 8) and motion for summary judgment (Doc. No. 9) are DENIED as premature.

DATED this 16th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE